# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



| Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604 | | Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov |

## FINAL JUDGMENT

April 29, 2020

| Before: | ILANA DIAMOND ROVNER, Circuit Judge
AMY C. BARRETT, Circuit Judge
AMY J. ST. EVE, Circuit Judge |

| No. 19-3208 | KENNETH MAYLE,
Plaintiff - Appellant

v.

CITY OF CHICAGO, et al.,
Defendants - Appellees |

| **Originating Case Information:** |
| District Court No: 1:18-cv-06211
Northern District of Illinois, Eastern Division
District Judge Harry D. Leinenweber |

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)